AUSA:   April Russo                Telephone: (313) 226-9129
AO 91 (Rev. 11/11)  Criminal Complaint    Deputy:   Vince Ventimiglia       Telephone: (313) 234-5600

# UNITED STATES DISTRICT COURT
для the
Eastern District of Michigan

United States of America
v.
John Andrew Knox

Case: 2:18-mj-30332
Assigned To : Unassigned
Assign. Date : 6/14/2018
Description: CMP USA v. SEALED MATTER (SO)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___March 18, 2018 to present___ in the county of ___Wayne___ in the ___Eastern___ District of ___Michigan___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2250 | Failure to register |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Vincent Ventimiglia_
Complainant's signature

Deputy Vince Ventimiglia, U.S. Marshals Service
Printed name and title

Sworn to before me and signed in my presence.

Date: __JUN 1 4 2018__

City and state: _Detroit, Michigan_

_[signature]_
Judge's signature

Hon. R. Steven Whalen, U.S. Magistrate Judge
Printed name and title

I, Vincent Ventimiglia, do depose and swear that:

1. I am a Senior Inspector United States Marshal and have been employed as such for approximately 12 years. My responsibilities include investigating violations of federal law and apprehending fugitives. I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center, United States Marshals Service Basic Deputy Training, United States Marshals Service Advanced Deputy Training and, United States Marshals Service Sex Offender Investigator Training and United States Marshals Service Advanced Sex Offender Investigator Training. As a Deputy U.S Marshal, your affiant is authorized to investigate violations of laws of the United States and is a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

2. This affidavit is made in support of an application for a criminal complaint and arrest warrant charging John Andrew KNOX (DOB xx/xx/1967) with failing to register as a sex offender, in violation of Title 18, United States Code, Section 2250(a).

3. The statements contained in this affidavit are based on my experience and background as a Senior Inspector U.S. Marshal and on information provided

by other deputies of the USMS and other law enforcement officers. I have not set forth every fact resulting from the investigation: rather I have set forth a summary of the investigation to date in order to establish that there is probable cause to believe that John Andrew KNOX knowingly failed to register as a sex offender, in violation of 18 U.S.C Section 2250(a).

4. KNOX is a convicted sex offender based on his 1991 conviction in the state of Arkansas for Rape (Arkansas Statute No A.C.A. 5-14-103(a) (1)). For this offense, KNOX was sentenced to 20 years imprisonment with credit for time served. KNOX was released from prison in Arkansas in 2000. Based on this conviction KNOX is required to register as a sex offender under state and federal law. The State of Arkansas Sex Offender Registry classifies KNOX as an offender that is required to register for the duration of his life.

5. After being released from the custody of the Arkansas Department of Corrections in 2000, KNOX moved to Michigan and on July 3, 2000, KNOX registered as a sex offender with the Michigan State Police and was scheduled as a Tier III Sex Offender with lifetime registration duties.

6. KNOX subsequently moved back to Arkansas, and on September 12, 2007, KNOX was arrested by the USMS task force in the Eastern District of Arkansas on an outstanding warrant for Failure to Register as a Sex Offender. KNOX was incarcerated for this offense. After his release, KNOX continued to be non-compliant with his sex offender registration requirements and on April 10, 2008, an arrest warrant (with nationwide extradition) was issued for KNOX by the Jefferson County Sheriff's Office charging him with Failure to Register as a Sex Offender. As of June 12, 2008, this warrant is still active in NCIC.

7. On May 10, 2018 affiant requested a check of the state of Michigan Sex Offender Registry by the Michigan State Police to determine if KNOX had registered in the state of Michigan subsequent to his release from prison in 2008. On May 15, 2018 your affiant received certified documents from the state of Michigan Sex Offender Registry for KNOX showing that he had not registered in Michigan after his release. Database checks of the Arkansas and National Sex Offender Registry conducted on May 31, 2018 show that KNOX has failed to register as a sex offender in any jurisdiction since becoming a fugitive.

8. Affiant requested NCIC offline searches of KNOX and discovered that on March 30, 2018, KNOX was pulled over in the area of Dexter and Cortland in Detroit and was ticketed for speeding, no proof of insurance, no registration, and failure to display a valid operator's license. KNOX failed to pay these tickets and has failed to appear in court on them. As a result, warrants were issued for his arrest on May, 10 2018.

9. As of the date of this affidavit, KNOX has an active assistance case with the State of Michigan Department of Human Services, with a listed address of 15XXX Turner Street, Detroit, Michigan, and is currently receiving electronic benefit transfer funds (food stamps).

10. Based on the foregoing, there is probable cause to believe that John Andrew KNOX is residing in the Eastern District of Michigan and has violated Title 18, United States Code, Section 2250 – Failure to Register as a Sex Offender.

_____
Deputy U.S. Marshal Vince Ventimiglia
United States Marshal Service

Sworn to and subscribed before me this 14th day of June, 2018

_____
Hon. R. Steven Whalen
United States Magistrate Judge